1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   MONICA CASTILLO, ESQ. (SBN 146154)
2  SARRAIL, CASTILLO & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone:  (650) 685-9200
4  Facsimile:   (650) 685-9206

5  Attorneys for Plaintiff Shelby Heifetz

6

7

8              UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SHELBY HEIFETZ,                          )   Case No.: C13-4564
                                            )
12              Plaintiff,                   )   **STIPULATION AND ORDER TO**
                                            )   **EXTEND MEDIATION DEADLINE**
13      vs.                                  )
                                            )
14  CONTRA COSTA COMMUNITY                   )
    COLLEGE DISTRICT; and DOES 1-10,        )
15  Inclusive,                               )
                                            )
16              Defendants.                  )
                                            )

17

18  1.     The Notice for Need of Mediation was filed in this case on or about June 17, 2014.

19  2.     Pursuant to General Order 56, paragraph 7, mediation in this matter should be

20  completed by September 17, 2014. The parties hereby request an extension of the

21  mediation deadline through October 2014 as the parties have met and conferred and the

22  first available dates for mediation are in October.

23  3.     On July 30, 2014, the parties had a scheduling conference call with mediator Howard

24  Herman and arrived at proposed scheduling dates, which in turn, necessitate that the

25  mediation be held in October.

26  4.     The parties have worked diligently to comply with General Order 56 and require

27  additional time to mediate.

28

STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE                              1

5.    The parties therefore jointly stipulate and request the Court grant an extension through October 2014 for the mediation deadline. This is the second joint request for an extension of time in this case.

6.    The parties further agree this Stipulation may be executed in counterpart, with facsimile signatures for filing.

IT IS SO STIPULATED.

Dated: _____8|1_____, 2014          SARRAIL, CASTILLO & HALL, LLP

                                       By: _Monica Castillo_____
                                          Monica Castillo
                                          Attorneys for Plaintiff

Dated: _____8/5_____, 2014          BETRAND, FOX & ELLIOT

                                       By: _Eugene B. Elliot_____
                                          Eugene B. Elliot
                                          Attorneys for Defendant

ORDER EXTENDING MEDIATION DEADLINE UPON PARTIES' STIPULATION

     Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The parties are hereby granted an extension through October 2014 to complete the mediation, pursuant to General Order 56.

DATE: August _7_, 2014          _Kandis Westmore_____
                         Magistrate Judge of the Northern District of California

STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE                    2