```
1  JAMES A. SARRAIL, ESQ. (SBN 43075)
   MONICA CASTILLO, ESQ. (SBN 146154)
2  SARRAIL, CASTILLO & HALL, LLP
   700 Airport Blvd., Suite 420
3  Burlingame, CA 94010
   Telephone: (650) 685-9200
4  Facsimile: (650) 685-9206

5  Attorneys for Plaintiff Shelby Heifetz
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY HEIFETZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT; and DOES 1-10, Inclusive,<br><br>             Defendants. | Case No.: C13-4564<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT and DOES 1-10 pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 3/17, 2015

SARRAIL, CASTILLO & HALL, LLP

By: /s/ Monica Castillo
Monica Castillo
Attorneys for Plaintiff
SHELBY HEIFETZ

---

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)  1

Dated: 3/17, 2015

BETRAND, FOX, ELLIOT, OSMAN & WENZEL

By: *Eugene Elliot*
Eugene Elliot
Attorneys for Defendant
Contra Costa Community College District

Upon review of the foregoing stipulation, IT IS ORDERED that the above-captioned action is dismissed with prejudice against the defendant CONTRA COSTA COMMUNITY COLLEGE DISTRICT and DOES 1-10 pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 3/18, 2015

*Kandis Westmore*
Judge of the United States District Court
Northern District of California

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** 2